**IN THE UNITED STATES BANKRUPTCY COURT**
**<u>FOR THE DISTRICT OF MARYLAND</u>**

| | | |
|---|---|---|
| In re: | * | |
| GEORGE S. FRINK, JR. | * | CASE NO.: 14-2-1124-RAG (Chapter 7) |
| Debtor | * | |
| * * * * * * * | * | |
| BMW BANK OF NORTH AMERICA 5550 Britton Parkway Hilliard, OH 43026 | * * * | |
| Movant | * | |
| v. | * | |
| GEORGE S. FRINK, JR. 2 Phoebe Court Randallstown, MD 21133 | * * | |
| and | * | |
| Marc H. Baer 455 Main Street Reisterstown, MD 21136 | * * | |
| Respondents | * | |
| * * * * * * * * * * * * * * * | | |

**MOTION SEEKING RELIEF FROM AUTOMATIC STAY**
<u>2012 BMW 7 Series 750Lxi</u>

BMW Bank Of North America, Movant, by MICHAEL J. KLIMA, JR., its attorney, files this Motion Seeking Relief from Automatic Stay, and says:

1. This Court has jurisdiction of this action

pursuant to 11 U.S.C. §362(d) and 28 U.S.C. §§157(b) and 1334.

2. This is a contested matter governed by Bankruptcy Rules 4001 and 9014 and Local Bankruptcy Rule 4001-1, and is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

3. On July 14, 2014, George S. Frink, Jr., the Debtor, initiated proceedings in this Court seeking relief under Chapter 7 of the Bankruptcy Code, in Case No. 14-2-1124-RAG.

4. Marc H. Baer was appointed, has duly qualified, and is serving as Trustee of Debtor's estate.

5. Property of the bankruptcy estate includes one 2012 BMW 7 Series 750Lxi, serial number WBAKC8C50CC437597.

6. On or about June 8, 2012, the Debtor purchased said vehicle from Northwest BMW, by virtue of a contract and security agreement, a copy of which is attached hereto and incorporated herein by reference. Said contract and security agreement was contemporaneously assigned to Movant, as shown on the face thereof.

7. Movant reserved unto itself the perfected purchase money security interest in said vehicle, as shown by the attached copy of the Notice of Security Interest Filing, which is incorporated herein by reference, issued by the State of Maryland, Department of Transportation.

8. At the time of the filing of this Motion, there

remains due and owing to Movant a balance of $80,990.04.

9. The Debtor is now in default on the payments due under the aforesaid Contract, being over seven months in arrears, one of which is post-petition, at the rate of $1,357.07 per month, and another monthly payment will be due on September 8, 2014. Movant last received a payment under the Contract on or about January 6, 2014. Movant's account of the Debtor's payments to it which indicates the same is attached hereto.

10. The Debtor and the Trustee hold no equity in said vehicle because Movant's lien exceeds the market value of the same, and/or an inadequate equity cushion exists. According to the August 2014, edition of the N.A.D.A. Official Used Car Guide, the wholesale value of the vehicle is approximately $46,600.00.

11. Said vehicle was lawfully repossessed pre-petition and it is currently in Movant's possession.

12. Movant's interest in said vehicle is not adequately protected and it has been and continues to be irreparably injured by the automatic stay, which prevents Movant from enforcing its rights as a secured creditor pursuant to the aforesaid contract and security agreement and the laws of Maryland, while it is not receiving adequate payments and the market value of said vehicle is rapidly depreciating.

13. The automatic stay should be terminated for

cause, to allow Movant to liquidate the aforesaid vehicle.

WHEREFORE, Movant respectfully requests that this Honorable Court grant it the following relief:

a.   Terminate the automatic stay, to allow Movant to dispose of the aforesaid 2012 BMW 7 Series 750Lxi; and

b.   Grant Movant such other and further relief as may be necessary and just, including its attorneys' fees, expenses and costs.

    /s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.  #25562
810 Glen Eagles Ct, Ste 312
Baltimore, MD 21286-2237
(410) 837-1140
Attorney for Movant
14-01920-0